# EXHIBIT 1

**U. S. Equal Employment Opportunity Commission**
**Philadelphia Area Office**

**Danieli Sanchez,**

      Charging Party,               EEOC Charge No.<u>530-2024-06458</u>

v.

**Veho Tech, Inc.**

      Respondent.

## <u>AMENDED CHARGE OF DISCRIMINATION</u>
**Racial Discrimination – PHRA and Title VII**
**Retaliation – PHRA and Title VII**

1. I am the Charging Party, Danieli Sanchez. The contact information for myself and my legal counsel is as follows:

   | | |
   |---|---|
   | **Danieli Sanchez** | **Prabhu Narahari, Esq.** |
   | 3312 Brighton Street | MANES & NARAHARI, LLC |
   | Philadelphia, Pa 19149 | One Oxford Centre |
   | (215) 800-2480 | 301 Grant St, Suite 270 |
   | Danielisanchez68@gmail.com | Pittsburgh, PA 15219 |
   | Race: Hispanic | (412) 626-5588 Direct |
   | DOB: 2/7/2001 | (412) 650-4845 Fax |
   | | pn@manesnarahari.com |

2. Respondent is Veho Tech, Inc. They have a business address of 11350 Norcom Road, Philadelphia, PA 19154.

3. They have a phone number of (720) 466-3788 and email addresses of info@shipveho.com and support@shipveho.com.

4. I started working for Respondent on May 16, 2023 as a full-time Sorter.

5. My last day of employment was May 7, 2024. Faith Mcanich, Human Resources, informed me that I had been terminated in a virtual room.

6. The night supervisors, Miki Holland and Shaniqua White, made racist comments such as "she does not fuck with the three amigos", referring to myself and two other Hispanic employees.

7. I worked the morning shift but see the night supervisors for approximately 30 minutes during the shift change.

8. I wanted to go to the police academy to become an officer.

9. Holland had also wanted to be a cop at one point and didn't follow through with it for reasons unknown to me.

10. I was unable to attend the academy this year. Holland asked what I was going to do instead.

11. I told Holland that I was going to stay with Respondent and continue working my position because I did not want to job hop.

12. Holland had written me up for having "low numbers" despite me having the highest number.

13. Holland made it a practice to write up other Hispanic people as well.

14. I refused to sign the write up

15. One day, I was sent home early by White.

16. Myself and my team were given permission from another supervisor, Parashad, to go home 20 minutes early.

17. However, White wouldn't let us leave.

18. When Parashad asked me why I was still there, White came up and asked why they were talking about her.

19. White was mad and sent me home, after I was already given permission to leave and was denied.

20. Night supervisors also said "Papis aren't going to get no more favoritism because Jose isn't here anymore."

21. "Papi" is a derogatory slang term for people of Hispanic descent and other races.

22. Jose was my former Hispanic supervisor.

23. I reported the racial harassment to Mcaninch.

24. Mcaninch then reported the harassment to Michael Peiro, who worked in another ware house.

25. Mcaninch said she would deal with it, but didn't, Peiro did.

26. The supervisors denied making the comments and Mcaninch chose to believe them.

27. The reason I was fired was for allegedly doing donuts in the parking lot.

28. I didn't clock out when I left on May 5, 2024. We are to clock in and out on our phones from the same spot.

29. I had already left my spot but did a U-turn to return to the same spot to clock out so I wouldn't get in trouble.

30. The parking lot was packed with cars and tractor trailers.

31. I wasn't doing donuts.

32. The cameras for the parking lot are hanging by the wires, broken.

33. I was fired without proof.

34. I was fired shortly after reporting the night supervisors for racial discrimination.

35. Myself and 17 other employees emailed Mcaninch on May 5, 2024, two days prior to my termination.

36. My official termination date is May 5, 2024. Parashad quit the same day.

37. I believe I was terminated due to discrimination as well as due to retaliation because of my complaint of racial discrimination.

38. During my employment, I didn't receive any write ups.

39. I was discriminated against because of my race in violation of Title VII of the Civil Rights Act of 1964 and the Pennsylvania Human Relations Act of 1955.

40. I was retaliated against because of my race in violation of Title VII of the Civil Rights Act of 1964 and the Pennsylvania Human Relations Act of 1955.

41. I want this Charge investigated by the EEOC.

42. This charge has been cross filed with the PHRC.

43. I wish to take part in an EEOC mediation.

44. I swear, subject to penalty of perjury, that the foregoing is true and accurate to the best of my knowledge.


__09/01/2024__                                    _____
Date                                                       Danieli Sanchez